# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO.: 10-17993 |
| | ) |
| **JEFFREY R. HARRIS** | ) CHAPTER 7 CASE |
| | ) |
| Debtor | ) JUDGE: MORGENSTERN-CLARREN |
| | ) |

## TRUSTEE'S OBJECTION TO APPLICATION TO PROCEED IN FORMA PAUPERIS

Now comes Steven S. Davis, Trustee herein, and hereby objects to the debtor's Application to Proceed in Forma Pauperis. The applicable statute is 28 U.S.C. §1930(f)(1), which provides:

> (f)(1) Under the procedures prescribed by the Judicial Conference of the Unites States, the district court or the bankruptcy court may waive the filing fee in a case under Chapter 7 of title 11 for an individual if the court determines that such individual has income less than 150 percent of the income official poverty line (as defined by the Office of Management and Budget, and revised annually in accordance with section 673(2) of the Omnibus Budget Reconciliation Action of 1981) applicable to a family of the size involved and is unable to to pay that fee in installments. For purposes of this paragraph, the term "filing fee" means the filing fee required by subsection (a), or any other fee prescribed by the Judicial Conference under subsections (b) and (c) that is payable to the clerk upon the commencement of a case under Chapter 7.

28 U.S.C. §1930 (f)(1).

The Meeting of Creditors in this case is scheduled for September 20, 2010. The Trustee submits that until he has the opportunity to conduct the examination and otherwise investigate, he must object to the application as he cannot, at this time, make a determination as to whether the debtor(s) meet the requirements for fee waiver under 28 U.S.C. §1930(f)(1).

**Respectfully Submitted,**

**/s/ Steven S. Davis**
**STEVEN S. DAVIS, Trustee**
OSB# 0005789
Steven S. Davis Co., LPA
1370 Ontario St., #450
Cleveland, Ohio 44113
(216) 781-7272  Fax No. (216) 781-3312
Email: sdavis@epitrustee.com

## SERVICE

  A copy of this Objection was sent, electronically, to Pamela Theodotou, and, by regular U.S. Mail, to the debtor(s), at 18555 State Rd., #E, North Royalton OH 44133, on this ___24th___ day of August, 2010.

                /s/ Steven S. Davis
                **STEVEN S. DAVIS, Trustee**